# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS BENSON,

    Plaintiff(s),

vs.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No. 2:17-cv-00447-RFB-NJK

ORDER

(Docket No. 41)

Pending before the Court is a motion to quash service of process. Docket No. 41. Although not entirely clear, it appears Plaintiff may have filed a response in opposition. Docket No. 42. Once service is challenged, the plaintiff bears the burden of establishing that service was valid under Rule 4. *Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004). Plaintiff has not satisfied that burden. Accordingly, the motion to quash service of process is **GRANTED**.

IT IS SO ORDERED.

DATED: April 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge