# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BENSON, | Case No. 2:17-cv-00447-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

To date, a discovery plan has not been filed. *But see* Local Rule 26-1(a) (establishing timeframe for filing discovery plan). In light of the numerous motions to dismiss that remain pending and the lack of any answer having been filed, the Court hereby **STAYS** the deadline to file a discovery plan. *Cf. Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). In the event that any defendant files an answer in this case, the parties shall file a joint proposed discovery plan within 14 days of the filing of that answer.

IT IS SO ORDERED.

DATED: May 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge