# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BENSON, | Case No. 2:17-cv-0447-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 82) |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to declare Plaintiff a vexatious litigant filed on an emergency basis by the LVMPD Defendants. Docket No. 82. Especially since the Court is issuing an order concurrently herewith striking certain of Plaintiff's filings, the Court declines to hear the motion to declare Plaintiff vexatious on an emergency basis. As such, that motion will be briefed according to the default schedule in the local rules, and will be decided in the ordinary course.

IT IS SO ORDERED.

DATED: June 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge