# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS BENSON,

    Plaintiff(s),

vs.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No. 2:17-cv-0447-RFB-NJK

ORDER

(Docket Nos. 98, 102, 121, 127, 132)

Pending before the Court are two motions to strike. Docket Nos. 102, 127. The standards applicable to these motions have already been outlined at Docket No. 96. Having been satisfied that the pending motions to strike meet those standards, the motions are hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to **STRIKE** the filings at Docket Nos. 98, 121.[1]

In addition, the Court will *sua sponte* strike Plaintiff's purported jury finding at Docket No. 132, for the reasons previously identified at Docket No. 96. As such, the Clerk's Office is **INSTRUCTED** to **STRIKE** the filing at Docket No. 132.

---

[1] To be clear, Docket No. 98 appears to be a response to the motion to declare Plaintiff a vexatious litigant. Docket No. 98. That filing will be stricken from the docket, but will still be accessible to the Court and will be considered in conjunction with the motion to declare Plaintiff a vexatious litigant. *Cf. Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1058-59 (9th Cir. 2007) (party must be given opportunity to respond with respect to vexatious litigant ruling).

1 **PLAINTIFF SHALL REFRAIN FROM FILING FRIVOLOUS AND FALSE DOCUMENTS IN THIS CASE. FAILURE TO DO SO MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING BUT NOT LIMITED TO CASE-DISPOSITIVE SANCTIONS AND MONETARY SANCTIONS.**

IT IS SO ORDERED.

DATED: October 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge