UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

THOMAS BENSON,

                Plaintiff,

v.

STATE OF NEVADA, *et, al.*,

                Defendants.

Case No. 2:17-cv-00447-RFB-NJK

**ORDER**

Before the Court for consideration is the Report and Recommendation (ECF No. 134) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered October 23, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 6, 2017. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1      **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 134) is ACCEPTED and ADOPTED in full.

     **IT IS FURTHER ORDERED** that the motion docket number [82] is GRANTED and that Mr. Benson is DECLARED a vexatious litigant.

     **IT IS FURTHER ORDERED** that Mr. Benson is declared a vexatious litigant subject to pre-screening of future complaints he seeks to file in this District, and subject to a bar on filings in this case without approval other than an objection hereto without pre-screening.

     The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

     DATED: November 13, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**